In the Matter of the Application of EDWARD C. SMITH, Appellant, against S. HOWARD COHEN and Others, etc., and ANDREW J. REISINGER, Candidate for Member of Assembly of the Democratic Party in the Sixteenth Assembly District of the City and County of New York, Respondents. (Appeal No. 2.) — Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN E. STACKHOUSE, Appellant, against S. HOWARD COHEN and Others, etc., in Reference to the Democratic Petition of the Twenty-first Assembly District, New York County, Known as the BRUCE PETITION, Respondents.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1935.

In the Matter of the Application of JAMES A. BARKER, Appellant, for the Determination of the Court as to the Designation of LESTER McCOY and MARTHA CONLEY for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of CHARLES BLANK, Appellant, for the Determination of the Court as to the Designation of ROBERT F. BARRETT and ELIZABETH CROFT for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of GEORGE W. BOYCE, Appellant, for the Determination of the Court as to the Designation of HAROLD J. HUGHES and CORA B. HAIGHT for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of MAX FELDMAN, Appellant, for the Determination of the Court as to the Designation of CYRUS BLEAKLEY and NATALIE MASON for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of HENRY GEROW, Appellant, for the Determination of the Court as to the Designation of CHAUNCEY H. SMITH and EVELYN D. POWERS for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.